No. 21-14468

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

**Consumer Financial Protection Bureau**,
Plaintiff-Appellant,
v.
**Universal Debt & Payment Solutions, LLC**, *et al.*,
Defendants-Appellees.

_____

On Appeal from the United States District Court for the Northern District of Georgia
1:15-cv-00859 (Story, J.)

_____

# MOTION TO WITHDRAW J. DOUGLAS BALDRIDGE AS COUNSEL FOR APPELLEE GLOBAL PAYMENTS INC.

_____

J. Douglas Baldridge
David L. Feinberg
Benjamin E. Horowitz
**VENABLE LLP**
600 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone: 202-344-4000
JBaldridge@venable.com
DLFeinberg@venable.com
BEHorowitz@venable.com

Elizabeth C. Rinehart
**VENABLE LLP**
750 East Pratt Street, Ste. 900
Baltimore, MD 21202
Telephone: 410-528-4646
ECRinehart@venable.com

Leonard L. Gordon
**VENABLE LLP**
1270 Avenue of the Americas
New York, NY 10020
Telephone: 212-370-6277
LLGordon@venable.com

Michael A. Caplan
Julia Blackburn Stone
**CAPLAN COBB LLC**
75 Fourteenth Street, NE, Ste. 2700
Atlanta, GA 30309
Telephone: 404-596-5600
MCaplan@caplancobb.com
JStone@caplancobb.com

**No. 21-14468**

***Consumer Financial Protection Bureau v.***
***Universal Debt & Payment Solutions, LLC, et al.***

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

In compliance with Eleventh Circuit Rule 26.1-2(b), Appellee Global

Payments Inc. certifies that the Certificate of Interested Persons and Disclosure

Statement filed in the opening brief of the Consumer Financial Protection Bureau is

a complete and accurate statement.

/s/ Michael A. Caplan
Michael A. Caplan
Georgia Bar No. 601039
CAPLAN COBB LLC
75 Fourteenth Street, NE, Suite 2700
Atlanta, Georgia 30309
Tel: 404-596-5600
Fax: 404-596-5604
mcaplan@caplancobb.com

*Counsel for Defendant-Appellee*
*Global Payments, Inc.*

## <u>MOTION TO WITHDRAW J. DOUGLAS BALDRIDGE AS COUNSEL FOR APPELLEE GLOBAL PAYMENTS INC.</u>

J. Douglas Baldridge ("Mr. Baldridge") of Venable LLP respectfully moves the Court to withdraw as counsel in this case for Appellee Global Payments Inc. ("Global"). The grounds for this motion are:

1. J. Douglas Baldridge was retained as counsel for Global in this case.

2. Mr. Baldridge will be leaving the firm of Venable LLP.

3. Global will not be prejudiced by the withdrawal as it will continue to be represented by the remaining undersigned counsel at Venable LLP and Caplan Cobb LLC.

4. Mr. Baldridge notified Global of his intent to withdraw his representation and it has no objection.

WHEREFORE, Global requests that the Court enter an order granting this motion, permitting J. Douglas Baldridge to withdraw as Global's counsel, and relieving him of all further responsibility for the representation of Global.

Respectfully submitted this 22nd day of July, 2023.

*/s/ Leonard L. Gordon*
VENABLE LLP

Leonard L. Gordon
Direct: 212-370-6252
Firm: 212-503-0699
Fax: 212-307-5598.
1270 Avenue of the Americas
New York, NY 10001

LLGordon@Venable.com

James Douglas Baldridge
Direct: 202-344-4703
600 Massachusetts Avenue NW
Washington, DC 20001
JBaldridge@Venable.com

David L. Feinberg
Direct: 202-344-8278
600 Massachusetts Avenue NW
Washington, DC 20001
DLFeinberg@Venable.com

Benjamin E. Horowitz
Direct: 202-344-4494
600 Massachusetts Avenue NW
Washington, DC 20001
BEHorowitz@Venable.com

Elizabeth C. Rinehart
Direct: 410-528-4646
750 East Pratt Street, Ste. 900
Baltimore, MD 21202
ECRinehart@Venable.com

*/s/ Michael A. Caplan*
CAPLAN COBB LLC

Michael A. Caplan
Firm:  404-596-5600
Direct: 404-596-5604
Fax: 404-596-5604
75 Fourteenth Street, NE, Ste. 2700
Atlanta, GA 30309
MCaplan@caplancobb.com

Julia Blackburn Stone
Direct: 404-596-5613
75 Fourteenth Street, NE, Ste. 2700

Atlanta, GA 30309
JStone@caplancobb.com

*Counsel for Defendant-Appellee*
*Global Payments, Inc.*

## <u>CERTIFICATE OF COMPLIANCE</u>

**Certificate of Compliance With Type-Volume Limit, Typeface Requirements, and Type-Style Requirements**

1.  This document complies with the type-volume limitations of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and Eleventh Circuit Rule 32-4, this document contains 133 words.

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point, Times New Roman font.

This 22nd day of July, 2023.

*/s/ Michael A. Caplan*
Michael A. Caplan
Georgia Bar No. 601039
CAPLAN COBB LLC
75 Fourteenth Street, NE, Suite 2700
Atlanta, Georgia 30309
Tel: 404-596-5600
Fax: 404-596-5604
mcaplan@caplancobb.com

*Counsel for Defendant-Appellee*
*Global Payments, Inc.*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I caused a true and correct copy of the foregoing document to be filed with the clerk's office by this Court's CM/ECF system which will serve a true and correct copy of the same upon all counsel of record.

This 22nd day of July, 2023.

*/s/ Michael A. Caplan*
Michael A. Caplan
Georgia Bar No. 601039
CAPLAN COBB LLC
75 Fourteenth Street, NE, Suite 2700
Atlanta, Georgia 30309
Tel: 404-596-5600
Fax: 404-596-5604
mcaplan@caplancobb.com

*Counsel for Defendant-Appellee*
*Global Payments, Inc.*

5